UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 21-2013

CLAIRE HICKEY; AKIRA KIRKPATRICK; VALERI NATOLI;
CANDACE N. GRAHAM; CARLY SWARTZ; NICHOLAS BOWES,
on behalf of themselves and all others similarly situated,

Appellants

v.

UNIVERSITY OF PITTSBURGH

(W.D. Pa. No. 2-20-cv-00690)
_____

No. 21-2016

BROOKE RYAN, individually and on behalf of all others similarly situated;
CHRISTINA FUSCA, on behalf of herself all others similarly situated,

Appellants

v.

TEMPLE UNIVERSITY


Present: HARDIMAN, KRAUSE and MATEY, Circuit Judges

Unopposed Joint Motion of Defendants-Appellees University of Pittsburgh
and Temple University to Amend Precedential Opinion


Respectfully,
Clerk/ARR


_____ORDER_____
The aforementioned motion is granted, and an amended opinion shall be filed
contemporaneously with this order. As the amendment does not alter the Court's
judgment, the judgment entered August 11, 2023 will remain as filed.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: September 6, 2023
ARR/cc: All Counsel of Record